**Not For Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals
## For the First Circuit

No. 05-1704

ROBERT T. BEVILL,

Plaintiff, Appellant,

v.

SPRINT COMMUNICATIONS COMPANY, L.P.,

Defendant, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

[Hon. Steven J. McAuliffe, U.S. District Judge]

Before

Boudin, Chief Judge,
Stahl, Senior Circuit Judge,
and Lynch, Circuit Judge.

Robert T. Bevill on brief pro se.
R. Matthew Cairns and Ransmeier & Spellman, P.C. and Mark D.
Hinderks and Stinson Morrison Hecker LLP on brief for appellee.

January 5, 2006

**Per Curiam**.  After carefully considering the briefs and record on appeal, we <u>affirm</u> the judgment of the district court.  Among other problems, the appellant has no standing to litigate claims that belong to a corporation.  Moreover, he has no right to litigate claims in this circuit that are integral to a suit already filed elsewhere, and he makes no showing that the actions are distinct.  *See, e.g.*, <u>Montana</u> v. <u>United States</u>, 440 U.S. 147, 153-154 (1979)(describing the deleterious effects of repetitive suits); <u>Congress Credit Corp.</u> v. <u>AJC Intern., Inc</u>., 42 F.3d 686, 689 (1ˢᵗ Cir. 1994)(repetitive actions may be dismissed); <u>Gonzalez</u> v. <u>Banco Cent. Corp</u>., 27 F.3d 751, 275-6 (1ˢᵗ Cir. 1994).

<u>Affirmed</u>.  1st Cir. R. 27(c).